In the Matter of Benjamin L. SCHWARTZ, Bankrupt, Benjamin L. Schwartz, May E. Schwartz and Lillian Nicholsberg, Appellants, Hyman W. Gamso, as Trustee in Bankruptcy of Benjamin L. Schwartz, Appellee.

No. 21.

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1938.

Duberstein & Schwartz, of Brooklyn, N. Y. (Samuel C. Duberstein and Max Schwartz, both of Brooklyn, N. Y., of counsel), for appellants.

Weinstein & Weishar, of New York City (Nathan Weinstein and Marshall H. Rosett, both of New York City, of counsel), for ·appellee.

Before MANTON, L. HAND and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.